United States Courts
Southern District of Texas
FILED
May 01, 2020
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> 0.292 ACRES OF LAND, MORE OR § <br> LESS, SITUATE IN WEBB COUNTY, § <br> STATE OF TEXAS; AND JULIO § <br> JOAQUIN RODRIGUEZ, *et al.*, § <br> § <br> *Defendants*. § <br> § <br> § | CIVIL ACTION NO. 5:20-cv-00055 |

## CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on April 22, 2020, I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of ONE HUNDRED DOLLARS AND NO CENTS ($100.00), being the amount of just compensation in the above entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

By: *Kathy Nguyen*
Deputy Clerk