United States District Court
Southern District of Texas
**ENTERED**
August 03, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:20-CV-55** |
| | § | |
| **0.292 ACRES OF LAND, MORE OR LESS,** | § | |
| *et al,* | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL AND DISBURSEMENT

Pending is Plaintiff United States of America and Defendant Julio Joaquin Rodriguez's "Joint Stipulation of Dismissal and Agreement to Disburse Funds Under Fed. R. Civ. P. 71.1(i)(1)(B)" (Dkt. 11). (*See* Dkt. 1, Attach. 1 at 14.) Under Federal Rule of Civil Procedure 71.1(i)(1)(B), Parties may "dismiss an action, in whole or in part, by filing a stipulation of dismissal," provided they do so "[before] judgment is entered vesting the plaintiff with title or a lesser interest in the property." Parties may stipulate to a dismissal under this rule without a court order. Fed. R. Civ. P. 71.1(i)(1)(B).

Here, Parties have filed a jointly signed stipulation of dismissal (Dkt. 11), and no judgment has been entered. Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 71.1(i)(3). The Clerk of Court is DIRECTED to TERMINATE this case.

Pursuant to Parties' agreement to disburse funds (Dkt. 11 at 2), the Clerk of Court is further DIRECTED to disburse the sum remaining in the Registry of the Court, i.e., one hundred and 00/100 dollars ($100.00) plus any accrued interest on this sum. This amount should be made payable to the order of "F&A Officer, USAED, Fort Worth." (*See* Dkt. 11 at 2.) The check prepared by the Clerk should refer to "Tract No. LRT-LRS-1078." (*Id.*)

IT IS SO ORDERED.

SIGNED this 3rd day of August, 2020.

_____
Diana Saldaña
United States District Judge